# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| ANTHONY BUSSIE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| DEPARTMENT OF COMMERCE, | ) | **CASE NO. 5:12-CV-792-D** |
| Defendant. | ) | |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the Court DISMISSES Plaintiff's action as frivolous under 28 U.S.C. § 1915A. The Clerk shall close the case.

      **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **MARCH 12, 2013** WITH A COPY TO:

Anthony Bussie, Pro Se (Via USPS to Butner - F.M.C., P.O. Box 1600, Butner, NC 27509 - Inmate # - 64105-050)

| | |
|---|---|
| March 12, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |